IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Kimberly S

Printed: 9/30/08

Case Number: 07 B 00466
Judge: Wedoff, Eugene R
Filed: 1/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 14, 2008
Confirmed: April 19, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 5,791.00 |  |
| Secured: |  | 2,800.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 715.47 |
| Administrative: |  | 1,940.00 |
| Trustee Fee: |  | 335.53 |
| Other Funds: |  | 0.00 |
| Totals: | 5,791.00 | 5,791.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Jennifer A Blanc Douge | Administrative | 1,940.00 | 1,940.00 |
| 2. | Ford Motor Credit Corporation | Secured | 9,935.36 | 2,800.00 |
| 3. | Internal Revenue Service | Priority | 1,833.12 | 715.47 |
| 4. | Ford Motor Credit Corporation | Unsecured | 2,384.60 | 0.00 |
| 5. | Internal Revenue Service | Unsecured | 152.10 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 113.28 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 327.59 | 0.00 |
| 8. | Capital One | Unsecured | 2,249.53 | 0.00 |
| 9. | National Capital Management | Unsecured | 461.56 | 0.00 |
| 10. | Resurgent Capital Services | Unsecured | 163.71 | 0.00 |
| 11. | Capital One | Unsecured | 1,784.00 | 0.00 |
| 12. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 13. | AT&T | Unsecured |  | No Claim Filed |
| 14. | Magna Bank | Unsecured |  | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 16. | SBC | Unsecured |  | No Claim Filed |
| 17. | NCO Financial Systems | Unsecured |  | No Claim Filed |
| 18. | Simm Associates Inc | Unsecured |  | No Claim Filed |
| 19. | Risk Management Alternatives | Unsecured |  | No Claim Filed |
|  |  |  | $ 21,344.85 | $ 5,455.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 16.80 |
| 5.4% | 171.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Johnson, Kimberly S | Case Number: 07 B 00466 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/30/08 | Filed: 1/11/07 |

          6.5%          147.07
                      _____
                      $ 335.53

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                      Marilyn O. Marshall, Trustee, by:

